IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3059 |
| | ) | |
| V. | ) | |
| | ) | |
| JULIO FLORES-ELENES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Flores-Elenes' unopposed motion to continue his deadline for filing sentencing statement (filing 89) is granted. The defendant shall file his sentencing statement no later than January 19, 2009.

January 13, 2009.　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*S/Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge